IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| HENRY YBARRA | § |
| VS. | §   CIVIL ACTION NO.   1:06-CV-848 |
| MORRIS, ET AL. | § |

### MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Henry Ybarra, a federal prisoner, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has filed a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action pursuant to 42 U.S.C. § 1997e(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. In response to the Report and Recommendation, plaintiff filed a motion to dismiss the action voluntarily. After due consideration, the court is of the opinion plaintiff's motion should be granted and the case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

### ORDER

Accordingly, plaintiff's motion to dismiss the case is **GRANTED**. The report of the magistrate judge is partially **ADOPTED** to the extent it recommends dismissing the action. A final

judgment will be entered dismissing the action without prejudice in accordance with this Memorandum Order.

    **SIGNED** this the 20 day of **February, 2007.**

_____
Thad Heartfield
United States District Judge